**2007–1408. Cassarlie v. Shell Oil Co.**

Cuyahoga App. No. 88361, 2007-Ohio-2633. Discretionary appeal accepted on Proposition of Law No.

I.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. II and III.

O'CONNOR, J., would also accept the appeal on Proposition of Law No. II.

O'DONNELL and LANZINGER, JJ., dissent.

Motion for admission pro hac vice of Anthony E. Farah by Sean S. Kelly granted.